**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JESSICA HUTCHINSON,

                Plaintiff,

    vs.

STERLING INFOSYSTEMS, INC.,

                Defendant.

Civil Case No.: 1:24-cv-00630-DLI-CLP

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jessica Hutchinson and Defendant Sterling Infosystems, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, without an award of attorney's fees or costs to either party.

Respectfully submitted this 31st day of July 2024.

**CONSUMER ATTORNEYS**

*/s/ Levi Y. Eidelman*
Levi Y. Eidelman
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
T: (718) 360-0763
F: (718) 715-1750
E: leidelman@consumerattorneys.com

*Attorneys for Plaintiff Jessica Hutchinson*

**SEYFARTH SHAW LLP**

*/s/ Robert T. Szyba*
Robert T. Szyba
620 Eighth Avenue, 32nd Floor
New York, NY 10018
T: (212) 218-3351
F: (917) 344-1174
E: rszyba@seyfarth.com

*Counsel for Defendant*
*Sterling Infosystems, Inc.*

**SO ORDERED:**

                     _____

HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart